UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Joetta P. Whitlock, Trustee of the Joetta P. Whitlock Trust, | Civil Action No.: 4:10-cv-01992-RBH |
| Plaintiff, | |
| vs. | **ORDER STAYING CASE** |
| Stewart Title Guaranty Company, | |
| Defendant. | |

After reviewing the briefing by the parties on cross motions for summary judgment and hearing oral arguments regarding the motions, this Court determined that the case presents questions of law of the State of South Carolina which may be determinative. Therefore, pursuant to South Carolina Appellate Rule 244, this Court certified a question of law to the South Carolina Supreme Court on October 20, 2011. The case is accordingly administratively stayed pending a ruling in the case by the South Carolina Supreme Court.

The lawyers are instructed to notify this Court when they have received an answer to the certified question from the South Carolina Supreme Court.

**IT IS SO ORDERED**.

s/ R. Bryan Harwell
R. Bryan Harwell
United States District Court Judge

March 5, 2012
Florence, South Carolina

1