IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Joetta P. Whitlock, Trustee of the ) <br> Joetta P. Whitlock Trust, ) <br>                 Plaintiff, ) <br>                 ) <br>     vs.             ) <br>                 ) <br> Stewart Title Guaranty Company, ) <br>                 ) <br>               Defendants. ) <br> _____) | C.A. No. 4:10-1992-RBH <br><br><br><br> **ORDER** |

On March 5, 2012, this Court issued an order staying the case pending a ruling by the South Carolina Supreme Court on a certified question. The Court has received notice from the South Carolina Supreme Court that an opinion has been issued. Therefore, the stay is lifted. Counsel for the parties are instructed to file with the Court a joint status report within one (1) week.

**AND IT IS SO ORDERED**.

                                                s/ R. Bryan Harwell
                                                R. Bryan Harwell
                                                United States District Court Judge

Florence, South Carolina
November 1, 2012